(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Dino Alves and Robin Alves
_____
Plaintiff(s)

v.

Mortgage Electronic Registration Systems, Inc.
HSBC Mortgage Services, Inc.
_____
Defendant(s)

Dkt. No. CA 13-338

### MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant Mortgage Electronic Registration Systems, Inc. hereby moves that

Charles C. Martorana _____ be admitted PRO HAC VICE in the
above case as counsel with local counsel identified below.

_Charles C. Martorana_
_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being
submitted with the application fee, and I join in the foregoing motion.  I acknowledge and agree to
observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and
responsibilities of local counsel.

/s/ David J. Pellegrino
_____
Signature of Local Counsel

David J. Pellegrino, Esq.
_____
Print Name

Partridge, Snow & Hahn LLP
_____
Firm and Business Address

180 South Main St.
_____

Providence, RI 02903
_____

RI Bar ID # 7326
_____

Email: djp@PSH.com
_____

Tel. # 401-861-8200
_____

Fax # 401-861-8210
_____

--------------------------------------------------------------------------------

### ORDER

This motion is hereby _____ GRANTED _____ DENIED

_____
District Judge

_____
Date